B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Plaza, Verde Valley LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba DH Verde, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **20-5804378** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |

| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**139 S. Los Robles, #102**<br>**Pasadena, CA**    ZIPCODE **91101** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>   ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Yavapai** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>   ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>   ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**1501 E. Highway 85A, Cottonwood, AZ**    ZIPCODE **86326**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>  check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>  U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>             Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>  Title 26 of the United States Code (the<br>  Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>  debts, defined in 11 U.S.C.      business debts.<br>  § 101(8) as "incurred by an<br>  individual primarily for a<br>  personal, family, or house-<br>  hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Verde Valley Plaza, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>**X** _____<br>Signature of Attorney for Debtor(s)                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition, and

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Fling, Inc. [1-800-998-2424] - Forms Software Only

| B1 (Official Form 1) (4/10) | | Page 3 |
| --- | --- | --- |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Verde Valley Plaza, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ Michael W. Carmel, Esq.
Signature of Attorney for Debtor(s)

Michael W. Carmel, Esq. 007356
Michael W. Carmel, Ltd.
80 East Columbus Avenue
Phoenix, AZ 85012-0000
(602) 264-4965 Fax: (602) 277-0117
michael@mcarmellaw.com

**November 15, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Doug Huberman
Signature of Authorized Individual

Doug Huberman
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

**November 15, 2011**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1992-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Arizona

IN RE: _____     Case No. _____

Verde Valley Plaza, LLC _____     Chapter 11 _____

<div align="center">Debtor(s)</div>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| MidFirst Bank<br>C/O Sean McElenney, BRYAN CAVE<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004 | MidFirst Bank<br>501 NW Grand Boulevard<br>Oklahoma City, OK 73118 | | | 6,500,000.00<br>Collateral:<br>6,000,000.00<br>Unsecured:<br>500,000.00 |
| Yavapai County Treasurer<br>1015 Fair Street<br>Prescott, AZ 86305 | | | | 345,885.14<br>Collateral:<br>6,000,000.00<br>Unsecured:<br>345,885.14 |
| Joel Leebove<br>Joel Leebove Trust Dated 01/29/1997<br>5123 Wilbur Avenue<br>Tarzana, CA 91356 | | | | 127,942.91 |
| American General Design<br>600 W. Broadway, Suite 200<br>Glendale, CA 91204 | American General Design<br>139 S. Los Robles, Suite 106<br>Pasadena, CA 91101 | | | 100,667.45 |
| RVM/Doug Huberman<br>139 S. Los Robles, #109<br>Pasadena, CA 91101 | | | | 79,680.11 |
| DeRito Partners, Inc.<br>3200 E. Camelback, #175<br>Phoenix, AZ 85018 | | | | 46,222.00 |
| American General Constructors<br>139 S. Los Robles, Suite 107<br>Pasadena, AZ 91101 | | | | 41,599.67 |
| Povac Investments, Inc.<br>139 S. Los Robles, Suite 107<br>Pasadena, CA 91101 | | | | 32,486.22 |
| Hovsep Adamian<br>1310 N. Pacific Avenue<br>Glendale, CA 91202 | | | | 5,617.98<br>Collateral:<br>6,000,000.00<br>Unsecured:<br>5,617.98 |
| Hahn & Hahn, LLP<br>301 E. Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | | | | 4,155.00 |
| Schreiber & Schreiber, Inc.<br>16501 Ventura Blvd., #401<br>ENcino, CA 91436 | | | | 3,910.50 |
| Anderson Commercial Properties, Inc.<br>40 Soldiers, Suite 3<br>Sedona, AZ 86336 | | | | 1,500.00 |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

1,254.00

Ledgen Lacher Goldilch, SS & H LP
16530 Ventura Blvd., #305
Encino, CA 91436

1,200.00

Tryton Enterprises, LLC
742 E. Mahala Drive
Camp Verde, AZ 86322

1,025.00

APS
PO Box 2906
Phoenix, AZ 85062-2906

800.00

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

760.00

Tom Waterfield
1345 S. Central
Cornville, AZ 86325

750.00

Arizona Department Of Revenue
1600 West Monroe Street
Phoenix, AZ 85007-2650

607.15

S Taylor & Sons Hauling, Inc.
PO Box 4389
Cottonwood, AZ 86326

540.00

RVM Associates
139 S. Robles Ave., #1
Pasadena, CA 91101

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __November 15, 2011__     Signature: _/s/ Doug Huberman_

__Doug Huberman, Managing Member__     (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Arizona

IN RE:                                          Case No. _____

<u>Verde Valley Plaza, LLC</u> _____ Chapter <u>11</u> _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 6,000,000.00 | | |
| B - Personal Property | Yes | 3 | $ 33,767.88 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 6,851,503.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 446,283.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 14 | $ 6,033,767.88 | $ 7,297,786.74 | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE <u>Verde Valley Plaza, LLC</u>                        Case No. _____
<div align="center">Debtor(s)                                            (If known)</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **105,958 Square Foot Shopping Center located at 11501 E. Highway 85A, Cottonwood, AZ** | | | 6,000,000.00 | 6,851,503.12 |
| | | TOTAL | 6,000,000.00 | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Verde Valley Plaza, LLC _____ . Case No. _____
                                      Debtor(s)                                       (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National Bank of Arizona Checking Account** | | 33,767.88 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Verde Valley Plaza, LLC** _____ Case No. _____

<center>Debtor(s)</center> <span style="float:right">(If known)</span>

<center>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</center>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Verde Valley Plaza, LLC** _____ Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **33,767.88** |

<div align="right">(Include amounts from any continuation sheets attached.<br>Report total also on Summary of Schedules.)</div>

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Verde Valley Plaza, LLC                                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE <u>Verde Valley Plaza, LLC</u>      Case No. _____
             Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hovsep Adamian**<br>**1310 N. Pacific Avenue**<br>**Glendale, CA 91202** | | | <br><br>VALUE $ **6,000,000.00** | | | | 5,617.98 | 5,617.98 |
| ACCOUNT NO.<br>**MidFirst Bank**<br>**C/O Sean McElenney, BRYAN CAVE**<br>**Two North Central Avenue, Suite 2200**<br>**Phoenix, AZ 85004** | X | | **January 8, 2007 Deed of Trust**<br><br>VALUE $ **6,000,000.00** | | | | 6,500,000.00 | 500,000.00 |
| ACCOUNT NO.<br>**MidFirst Bank**<br>**501 NW Grand Boulevard**<br>**Oklahoma City, OK 73118** | | | **Assignee or other notification for:**<br>**MidFirst Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Yavapai County Treasurer**<br>**1015 Fair Street**<br>**Prescott, AZ 86305** | | | **Taxes, Penalties & Interest**<br><br>VALUE $ **6,000,000.00** | | | | 345,885.14 | 345,885.14 |

_____**0** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ 6,851,503.12 | $ 851,503.12 |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ 6,851,503.12 | $ 851,503.12 |
|  |  | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Verde Valley Plaza, LLC _____ Case No. _____
                        Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Verde Valley Plaza, LLC</u> _____ Case No. _____
                  Debtor(s)                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American General Constructors**<br>**139 S. Los Robles, Suite 107**<br>**Pasadena, AZ 91101** | | | | | | | **41,599.67** |
| ACCOUNT NO.<br>**American General Design**<br>**600 W. Broadway, Suite 200**<br>**Glendale, CA 91204** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**American General Design**<br>**600 W. Broadway, Suite 200**<br>**Glendale, CA 91204** | | | | | | | **100,667.45** |
| ACCOUNT NO.<br>**American General Design**<br>**139 S. Los Robles, Suite 106**<br>**Pasadena, CA 91101** | | | **Assignee or other notification for:**<br>**American General Design** | | | | |

____<u>4</u> continuation sheets attached

Subtotal (Total of this page) | $ **142,267.12**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Verde Valley Plaza, LLC _____ Case No. _____
                              Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Anderson Commercial Properties, Inc.** <br> **40 Soldiers, Suite 3** <br> **Sedona, AZ 86336** | | | | | | | **1,500.00** |
| ACCOUNT NO. <br> **APS** <br> **PO Box 2906** <br> **Phoenix, AZ 85062-2906** | | | | | | | **1,025.00** |
| ACCOUNT NO. <br> **Arizona Department Of Revenue** <br> **1600 West Monroe Street** <br> **Phoenix, AZ 85007-2650** | | | | | | | **750.00** |
| ACCOUNT NO. <br> **Ballard Spahr Andrews & Ingersoll** <br> **3300 N. Central Avenue, #1800** <br> **Phoenix, AZ 85012** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **CenturyLink** <br> **PO Box 29040** <br> **Phoenix, AZ 85038** | | | | | | | **42.25** |
| ACCOUNT NO. <br> **Chip's Spraying Service** <br> **PO Box 339** <br> **Clarkdale, AZ 86324** | | | | | | | **75.00** |
| ACCOUNT NO. <br> **Cottonwood Sewer** <br> **111 N. Main** <br> **Cottonwood, AZ 86326** | | | | | | | **150.00** |

Sheet no. ___1___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,542.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE  Verde Valley Plaza, LLC _____  Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cottonwood Water<br>111 N. Main St.<br>Cottonwood, AZ 86326 | | | | | | | 515.10 |
| ACCOUNT NO.<br>CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197 | | | | | | | 284.00 |
| ACCOUNT NO.<br>DeRito Partners, Inc.<br>3200 E. Camelback, #175<br>Phoenix, AZ 85018 | | | | | | | 46,222.00 |
| ACCOUNT NO.<br>Eisner Frank & Kahan<br>9601 Wilshire Blvd, #700<br>Beverly Hills, CA 90210 | | | | | | | unknown |
| ACCOUNT NO.<br>Equity Hotel Supply<br>8400 Sunset Blvd., Suite 3A<br>West Hollywood, CA 90069 | | | | | | | unknown |
| ACCOUNT NO.<br>Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | | | | | | | 800.00 |
| ACCOUNT NO.<br>Hahn & Hahn, LLP<br>301 E. Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | | | | | | | 4,155.00 |

Sheet no. ____2__ of ____4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 51,976.10

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Verde Valley Plaza, LLC                                    Case No. _____
                Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joel Leebove<br>Joel Leebove Trust Dated 01/29/1997<br>5123 Wilbur Avenue<br>Tarzana, CA 91356 | | | | | | | 127,942.91 |
| ACCOUNT NO.<br>Lake, Du & Associates<br>444 W. Ocean Blvd., Suite 800<br>Long BEach, CA 90802 | | | | | | | unknown |
| ACCOUNT NO.<br>Lodgen Lacher Golditch, SS & H LP<br>16530 Ventura Blvd., #305<br>Encino, CA 91436 | | | | | | | 1,254.00 |
| ACCOUNT NO.<br>Povac Investments, Inc.<br>139 S. Los Robles, Suite 107<br>Pasadena, CA 91101 | | | | | | | 32,486.22 |
| ACCOUNT NO.<br>RVM Assocaites<br>139 S. Robles Ave., #1<br>Pasadena, CA 91101 | | | | | | | 540.00 |
| ACCOUNT NO.<br>RVM/Doug Huberman<br>139 S. Los Robles, #109<br>Pasadena, CA 91101 | | | | | | | 79,680.11 |
| ACCOUNT NO.<br>S Taylor & Sons Hauling, Inc.<br>PO Box 4389<br>Cottonwood, AZ 86326 | | | | | | | 607.15 |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 242,510.39

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE <u>Verde Valley Plaza, LLC</u>      Case No. _____

         Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Schreiber & Schreiber, Inc.<br>16501 Ventura Blvd., #401<br>ENcino, CA 91436 | | | | | | | 3,910.50 |
| ACCOUNT NO.<br><br>Sutton Pakfar & Courtney, LLP<br>9777 Wilshire Boulevard, Suite 810<br>Beverly Hills, CA 90212 | | | | | | | unknown |
| ACCOUNT NO.<br><br>Sylvania Lighting Services<br>PO Box 2120<br>Carol Stream, IL 60132 | | | | | | | 127.26 |
| ACCOUNT NO.<br><br>Tom Waterfield<br>1345 S. Central<br>Cornville, AZ 86325 | | | | | | | 750.00 |
| ACCOUNT NO.<br><br>Tryton Enterprises, LLC<br>742 E. Mahala Drive<br>Camp Verde, AZ 86322 | | | | | | | 1,200.00 |
| ACCOUNT NO.<br><br><br><br> | | | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) |$ 5,987.76

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$ 446,283.62

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Verde Valley Plaza, LLC** _____  Case No. _____
                        Debtor(s)                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SEE ATTACHED | SEE ATTACHED |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Verde Valley Plaza - Summary Rent Roll

1501 E. Highway 89A, Cottonwood, AZ 86326

## Occupied Suites

| Unit | Tenant | Base Rent | Sq Ftg | Rent psf | Deposit | Lease Begins | Lease Expires | Percentage Rent | Rent Adjust Date | Rent Adjusts By |
|------|--------|-----------|--------|----------|---------|--------------|---------------|-----------------|------------------|-----------------|
| 1389 | Cottonwood Big Show | $2,041.77 | 2,520 | $0.81 | $1,944.08 | 7/1/1998 | 6/30/2008 | ☐ | | Fixed % |
| 1407 | H&R Block (VVP) | $1,719.50 | 1,500 | $1.15 | $0.00 | 8/1/2000 | 7/31/2015 | ☐ | 8/1/2012 | Fixed $ |
| 1411 | Hair & More | $1,677.01 | 1,500 | $1.12 | $0.00 | 8/1/1993 | 7/31/2007 | ☐ | | Fixed $ |
| 1413 | Central Barbershop | $965.00 | 965 | $1.00 | $200.00 | 12/1/2007 | 11/30/2012 | ☐ | 11/30/2008 | Fixed $ |
| 1417 | Curves for Women | $1,200.00 | 1,000 | $1.20 | $2,221.94 | 1/1/2010 | 2/28/2012 | ☐ | 1/1/2012 | Fixed $ |
| 1425 | Ralbertos Mexican Food | $1,657.44 | 1,650 | $1.00 | $1,533.00 | 5/1/2009 | 4/30/2014 | ☐ | 5/1/2012 | Fixed $ |
| 1427-A | Sears | $8,500.00 | 10,427 | $0.82 | $4,202.10 | 2/1/2000 | 6/30/2012 | ☐ | 7/1/2011 | Fixed $ |
| 1429 | Sherwood Jewelers | $769.18 | 840 | $0.92 | $420.00 | 4/1/2003 | | ☐ | | N/A |
| 1433 | My Styles Boutique | $780.00 | 780 | $1.00 | $1,000.00 | 9/15/2011 | 10/31/2013 | ☐ | 10/31/2012 | Fixed $ |
| 1439 | Fashion Crossroads | $1,910.00 | 2,400 | $0.80 | $360.00 | 10/1/1994 | | ☐ | | N/A |
| 1501 | Food City - Bashas 37 | $1,300.00 | 40,557 | $0.03 | $0.00 | 12/4/1983 | 12/31/2014 | ☑ | 1/1/2012 | Fixed $ |
| 1525 | Aaron Rents C1417 | $4,522.50 | 6,030 | $0.75 | $0.00 | 12/22/2010 | 12/31/2015 | ☐ | 6/21/2014 | See Lease |
| 1543 | Dollar Tree (4458) | $6,670.67 | 10,006 | $0.67 | $0.00 | 9/13/2010 | 1/31/2016 | ☐ | 4/1/2012 | See Lease |
| 650 | Peanut Gallery | $1,516.47 | 1,700 | $0.89 | $1,328.60 | 1/1/2009 | 12/31/2012 | ☐ | | N/A |
| 654 | Masakis | $1,430.40 | 1,200 | $1.19 | $1,150.00 | 9/1/2005 | 12/31/2012 | ☐ | 1/1/2012 | CPI |
| | **Totals:** | **$36,659.94** | **83,075** | | | | | | | |

| | | |
|---|---|---|
| Total Rentable Sq. Ftg.: | 105,958 | |
| Occupied Sq. Ftg.: | 83,075 | |
| Unoccupied Sq. Ftg.: | 22,883 | |
| Current Vacancy %: | 21.60% | |
| Current Occupancy %: | 78.40% | |

### Unoccupied and Transitioning Suites

| Unit | Sq Ftg |
|------|--------|
| 1359 | 4,500 |
| 1419 | 1,000 |
| 1421 | 1,000 |
| 1423 | 1,000 |
| 656 | 2,613 |
| 1427-B | 4,573 |
| 634 | 2,500 |
| 1400 | 1,000 |
| 1405 | 1,000 |
| 638 | 1,300 |
| **Total Sq Ftg:** | **20,486** |

# Verde Valley Plaza - Detailed Rent Roll

1501 E. Highway 89A, Cottonwood, AZ 86326

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1389 | Cottonwood Big Show | 2,520 | 6/30/2008 | | ☐ | $1,944 | Base Rent: | $2,041.77 | $0.81 | $9.72 | NNN Calculations: |
| | PM-MTM | | NN (Ptax+Insur) | Fixed % | | | P-Tax: | $174.39 | $0.07 | $0.83 | $206.10  Total NNN's |
| Options: | | | | | | | Insur: | $31.71 | $0.01 | $0.15 | $0.08  Total/sf/mo. |
| | | | | | | | CAM: | $0.00 | $0.00 | $0.00 | $0.98  Total/sf/ann. |
| | | | | | | | Other | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Rent Tax: | $67.44 | $0.03 | $0.32 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $2,315.31 | $0.92 | $11.03 | |

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1407 | H&R Block (VVP) | 1,500 | 7/31/2015 | 8/1/2012 | ☐ | $0 | Base Rent: | $1,719.50 | $1.15 | $13.76 | NNN Calculations: |
| | PM-TNT | | NNN | Fixed $ | | | P-Tax: | $120.36 | $0.08 | $0.96 | $253.25  Total NNN's |
| Options: | | | | | | | Insur: | $19.01 | $0.01 | $0.15 | $0.17  Total/sf/mo. |
| | | | | | | | CAM: | $113.88 | $0.08 | $0.08 | $2.03  Total/sf/ann. |
| | | | | | | | Other - sign rent | $50.00 | $0.03 | $0.40 | |
| | | | | | | | Rent Tax: | $60.68 | $0.04 | $0.49 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $2,083.43 | $1.39 | $16.67 | |

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1411 | Hair & More | 1,500 | 7/31/2007 | | ☐ | $0 | Base Rent: | $1,677.01 | $1.12 | $13.42 | NNN Calculations: |
| | PM-MTM | | NN (Ptax+Insur) | Fixed $ | | | P-Tax: | $120.36 | $0.08 | $0.96 | $139.77  Total NNN's |
| Options: | | | | | | | Insur: | $19.01 | $0.01 | $0.15 | $0.09  Total/sf/mo. |
| | | | | | | | CAM: | $0.00 | $0.00 | $0.00 | $1.11  Total/sf/ann. |
| | | | | | | | Other - sign rent | $50.00 | $0.03 | $0.40 | |
| | | | | | | | Rent Tax: | $55.99 | $0.04 | $0.45 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $1,922.37 | $1.28 | $15.38 | |

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1413 | Central Barbershop | 965 | 11/30/2012 | 11/30/2008 | ☐ | $200 | Base Rent: | $965.00 | $1.00 | $12.00 | NNN Calculations: |
| | PM-TNT | | NNN | Fixed $ | | | P-Tax: | $77.34 | $0.08 | $0.96 | $162.77  Total NNN's |
| Options: | | | | | | | Insur: | $12.22 | $0.01 | $0.15 | $0.17  Total/sf/mo. |
| | | | | | | | CAM: | $73.21 | $0.08 | $0.08 | $2.02  Total/sf/ann. |
| | | | | | | | Other - sign rent | $50.00 | $0.05 | $0.62 | |
| | | | | | | | Rent Tax: | $35.33 | $0.04 | $0.44 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $1,213.10 | $1.26 | $15.09 | |

### Suite 1417

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1417 | **Curves for Women** / PM-TNT | 1,000 | 2/28/2012 / NNN | 1/1/2012 / Fixed $ | ☐ | $2,222 | Base Rent: | $1,200.00 | $1.20 | $14.40 | $168.19 Total NNN's |
| Options: | | | | | | | P-Tax: | $79.90 | $0.08 | $0.96 | $0.17 Total/sf/mo. |
| | | | | | | | Insur: | $12.62 | $0.01 | $0.15 | $2.02 Total/sf/ann. |
| | | | | | | | CAM: | $75.67 | $0.08 | $0.08 | |
| | | | | | | | Other - sign rent: | $60.00 | $0.06 | $0.72 | |
| | | | | | | | Rent Tax: | $42.85 | $0.04 | $0.51 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $1,471.04 | $1.47 | $17.65 | |

### Suite 1425

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1425 | **Ralbertos Mexican Food** / PM-TNT | 1,650 | 4/30/2014 / NNN | 5/1/2012 / Fixed $ | ☐ | $1,533 | Base Rent: | $1,657.44 | $1.00 | $12.05 | $278.94 Total NNN's |
| Options: | | | | | | | P-Tax: | $132.61 | $0.08 | $0.96 | $0.17 Total/sf/mo. |
| | | | | | | | Insur: | $20.94 | $0.01 | $0.15 | $2.03 Total/sf/ann. |
| | | | | | | | CAM: | $125.39 | $0.08 | $0.08 | |
| | | | | | | | Other | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Rent Tax: | $58.09 | $0.04 | $0.42 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $1,994.47 | $1.21 | $14.51 | |

### Suite 1427-A

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1427-A | **Sears** / PM-TNT | 10,427 | 6/30/2012 / NN (Ptax+Insur) | 7/1/2011 / Fixed $ | ☐☐ | $4,202 | Base Rent: | $8,500.00 | $0.82 | $9.78 | $0.00 Total NNN's |
| Options: | Term (mo.): | X Days Prior: | GivenInDoc: | Used: | | | P-Tax: | $0.00 | $0.00 | $0.00 | $0.00 Total/sf/mo. |
| | 36 | 1/1/2009 | 1st Amend | ☐ | | | Insur: | $0.00 | $0.00 | $0.00 | $0.00 Total/sf/ann. |
| | 36 | 1/1/2012 | 1st Amend | ☐ | | | CAM: | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Sign Rent | $100.00 | $0.01 | $0.12 | |
| | | | | | | | Rent Tax: | $258.00 | $0.02 | $0.30 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $8,858.00 | $0.85 | $10.19 | |

### Suite 1429

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1429 | **Sherwood Jewelers** / PM-MTM | 840 | NNN MTM | N/A | ☐ | $420 | Base Rent: | $769.18 | $0.92 | $10.99 | $141.81 Total NNN's |
| Options: | | | | | | | P-Tax: | $67.40 | $0.08 | $0.96 | $0.17 Total/sf/mo. |
| | | | | | | | Insur: | $10.65 | $0.01 | $0.15 | $2.03 Total/sf/ann. |
| | | | | | | | CAM: | $63.76 | $0.08 | $0.08 | |
| | | | | | | | Other - sign | $50.00 | $0.06 | $0.71 | |
| | | | | | | | Rent Tax: | $28.83 | $0.03 | $0.41 | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $989.82 | $1.18 | $14.14 | |

### Suite 1433

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1433 | **My Styles Boutique** / Transitioning | 780 | 10/31/2013 / NNN | 10/31/2012 / Fixed $ | ☐ | $1,000 | Base Rent: | $780.00 | $1.00 | $12.00 | $0.00 Total NNN's |
| Options: | Term (mo.): | X Days Prior: | GivenInDoc: | Used: | | | P-Tax: | $0.00 | $0.00 | $0.00 | $0.00 Total/sf/mo. |
| | 36 | 10/31/2012 | Lease | ☐ | | | Insur: | $0.00 | $0.00 | $0.00 | $0.00 Total/sf/ann. |
| | | | | | | | CAM: | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Other: | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Rent Tax: | $23.40 | $0.03 | $0.36 | |
| | | | | | | | Other: | $0.00 | $0.00 | $0.00 | |
| | | | | | | | Total Mo. Rent: | $803.40 | $1.03 | $12.36 | |

## Suite 1439

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1439 | Fashion Crossroads | 2,400 | NNN - MTM | N/A | ☐ | $360 | Base Rent: | $1,910.00 | $0.80 | $9.55 | $348.73 | Total NNN's |
| | PM-MTM | | | | | | P-Tax: | $166.10 | $0.07 | $0.83 | $0.15 | Total/sf/mo. |
| Options: | | | | | | | Insur: | $30.20 | $0.01 | $0.15 | $1.74 | Total/sf/ann. |
| | | | | | | | CAM: | $152.43 | $0.06 | $0.06 | | |
| | | | | | | | Other | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | Rent Tax: | $67.76 | $0.03 | $0.34 | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | Total Mo. Rent: | $2,326.49 | $0.97 | $11.63 | | |

## Suite 1501

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1501 | Food City - Bashas 37 | 40,557 | 12/31/2014 | 1/1/2012 | ☑ | $0 | Base Rent: | $1,300.00 | $0.03 | $0.38 | $0.00 | Total NNN's |
| | PM-TNT | | NNN | Fixed $ | | | P-Tax: | $0.00 | $0.00 | $0.00 | $0.00 | Total/sf/mo. |
| Options: | Term (mo.): | X Days Prior: | GiveninDoc: | Used: | | | Insur: | $0.00 | $0.00 | $0.00 | $0.00 | Total/sf/ann. |
| | 60 | 9/3/2003 | Lease | ☑ | | | CAM: | $0.00 | $0.00 | $0.00 | | |
| | 60 | 9/4/2008 | Lease | ☑ | | | Other | $0.00 | $0.00 | $0.00 | | |
| | 60 | 9/4/2012 | Lease | ☑ | | | Rent Tax: | $39.00 | $0.00 | $0.01 | | |
| | 60 | 9/4/2017 | 1st Amend | ☐ | | | | $0.00 | $0.00 | $0.00 | | |
| | 60 | 9/4/2022 | 1st Amend | ☐ | | | Total Mo. Rent: | $1,339.00 | $0.03 | $0.40 | | |
| | 60 | 9/4/2027 | 2nd Amend | ☐ | | | | | | | | |
| | 60 | 9/4/2032 | 2nd Amend | ☐ | | | | | | | | |

## Suite 1525

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1525 | Aaron Rents C1417 | 6,030 | 12/31/2015 | 6/21/2014 | ☐ | $0 | Base Rent: | $4,522.50 | $0.75 | $9.00 | $1,884.38 | Total NNN's |
| | PM-TNT | | NNN | See Lease | | | P-Tax: | $0.00 | $0.00 | $0.00 | $0.31 | Total/sf/mo. |
| Options: | Term (mo.): | X Days Prior: | GiveninDoc: | Used: | | | Insur: | $0.00 | $0.00 | $0.00 | $3.75 | Total/sf/ann. |
| | 60 | | Lease | ☐ | | | CAM: | $1,884.38 | $0.31 | $0.31 | | |
| | 60 | | Lease | ☐ | | | TI Reimb. To TNT: | ($4,522.50) | ($0.75) | ($9.00) | | |
| | | | | | | | Rent Tax: | $56.53 | $0.01 | $0.11 | | |
| | | | | | | | Other: | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | Total Mo. Rent: | $1,940.91 | $0.32 | $3.86 | | |

## Suite 1543

| Suite | Tenant/Status | Sq Ftg | Lease Expiry/Lease Type | Adjust Date/Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | NNN Calculations: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1543 | Dollar Tree (4458) | 10,006 | 1/31/2016 | 4/1/2012 | ☐ | $0 | Base Rent: | $6,670.67 | $0.67 | $8.00 | $2,268.03 | Total NNN's |
| | PM-TNT | | NNN | See Lease | | | P-Tax: | $0.00 | $0.00 | $0.00 | $0.23 | Total/sf/mo. |
| Options: | Term (mo.): | X Days Prior: | GiveninDoc: | Used: | | | Insur: | $0.00 | $0.00 | $0.00 | $2.72 | Total/sf/ann. |
| | 48 | | Lease | ☐ | | | CAM: | $2,268.03 | $0.23 | $0.23 | | |
| | 48 | | Lease | ☐ | | | TI Reimburs. | ($6,670.67) | ($0.67) | ($8.00) | | |
| | 48 | | Lease | ☐ | | | Rent Tax: | $68.04 | $0.01 | $0.08 | | |
| | | | | | | | Other | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | Total Mo. Rent: | $2,336.07 | $0.23 | $2.80 | | |

| Suite | Tenant/ Status | Sq Ftg | Lease Expiry/ Lease Type | Adjust Date/ Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 650 | Peanut Gallery | 1,700 | 12/31/2012 | N/A | ☐ | $1,329 | Base Rent: | $1,516.47 | $0.89 | $10.70 | **NNN Calculations:** | |
| | PM-TNT | | NNN | | | | P-Tax: | $136.00 | $0.08 | $0.96 | $286.21 | Total NNN's |
| | | | | | | | Insur: | $21.48 | $0.01 | $0.15 | $0.17 | Total/sf/mo. |
| Options: | Term (mo.): | X Days Prior: | GivenInDoc: | Used: | | | CAM: | $128.73 | $0.08 | $0.08 | $2.02 | Total/sf/ann. |
| | 24 | 10/2/2012 | 2nd Amend | ☐ | | | Other - sign | $50.00 | $0.03 | $0.35 | | |
| | | | | | | | Rent Tax: | $55.58 | $0.03 | $0.39 | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | Total Mo. Rent: | $1,908.26 | $1.12 | $13.47 | | |

| Suite | Tenant/ Status | Sq Ftg | Lease Expiry/ Lease Type | Adjust Date/ Adjust Type | Pays % Rent | Security Deposit | | Mo. Rent | $/sf/mo | $/psf/ann | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 654 | Masakis | 1,200 | 12/31/2012 | 1/1/2012 | ☐ | $1,150 | Base Rent: | $1,430.40 | $1.19 | $14.30 | **NNN Calculations:** | |
| | PM-TNT | | NNN | CPI | | | P-Tax: | $96.30 | $0.08 | $0.96 | $202.61 | Total NNN's |
| | | | | | | | Insur: | $15.21 | $0.01 | $0.15 | $0.17 | Total/sf/mo. |
| Options: | Term (mo.): | X Days Prior: | GivenInDoc: | Used: | | | CAM: | $91.10 | $0.08 | $0.08 | $2.03 | Total/sf/ann. |
| | 24 | 12/31/2008 | Lease | ☑ | | | Other - sign | $50.00 | $0.04 | $0.50 | | |
| | | | | | | | Rent Tax: | $50.49 | $0.04 | $0.50 | | |
| | | | | | | | Other | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | Total Mo. Rent: | $1,733.50 | $1.44 | $17.34 | | |

**Totals**

| | |
|---|---|
| Base Rent: | $36,659.94 |
| P-Tax: | $1,170.76 |
| Insur: | $193.05 |
| CAM: | $4,976.58 |
| Other | ($10,733.17) |
| Rent Tax: | $968.01 |
| | $0.00 |
| **Total Mo. Rent:** | **$33,235.17** |

| | |
|---|---|
| Total Rentable Sq. Ftg.: | 105,958 |
| Occupied Sq. Ftg.: | 83,075 |
| Unoccupied Sq. Ftg.: | 22,883 |
| *Current Vacancy %:* | *21.60%* |
| *Current Occupancy %:* | *78.40%* |

### Unoccupied and Transitioning Suites

| Unit | Sq Ftg |
|---|---|
| 1359 | 4,500 |
| 1419 | 1,000 |
| 1421 | 1,000 |
| 1423 | 1,000 |
| 656 | 2,613 |
| 1427-B | 4,573 |
| 634 | 2,500 |
| 1400 | 1,000 |
| 1405 | 1,000 |
| 638 | 1,300 |
| **Total Sq Ftg:** | **20,486** |

Tenant 'Status' key:

| | |
|---|---|
| 'PM-TNT' | = a current tenant on a lease w/ a fixed term |
| 'PM-MTM' | = a current tenant on a month-to-month lease |
| 'Transitioning' | = in transition - moving into or out of property |
| 'Renegotiating' | = renegotiating or renewing the terms of its lease |

IN RE <u>Verde Valley Plaza, LLC</u>       Case No. _____
            Debtor(s)                                                 (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Diane Leebove<br>5123 Wilbur Avenue<br>Tarzana, CA 91356 | MidFirst Bank<br>C/O Sean McElenney, BRYAN CAVE<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004 |
| Doug Huberman<br>139 S. Los Robles, Unit 109<br>Pasadena, CA 91101 | MidFirst Bank<br>C/O Sean McElenney, BRYAN CAVE<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004 |
| Joel Leebove<br>5123 Wilbur Avenue<br>Tarzana, CA 91356 | MidFirst Bank<br>C/O Sean McElenney, BRYAN CAVE<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004 |
| Patrick Chraghcian<br>139 S. Los Robles, Unit 108<br>Pasadena, CA 91101 | MidFirst Bank<br>C/O Sean McElenney, BRYAN CAVE<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004 |

© 1993-2011 EZ-Filing Inc [1-800-998-2424] - Forms Software Only

IN RE Verde Valley Plaza, LLC          Case No. _____

           Debtor(s)                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                           Debtor

Date: _____     Signature: _____
                                                     (Joint Debtor, if any)

                                                 [If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      Social Security No. (Required by 11 U.S.C. § 110.)
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Verde Valley Plaza, LLC _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____15_____ sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date: November 15, 2011 _____     Signature: /s/ Doug Huberman _____

                                         Doug Huberman _____
                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

IN RE:                                          Case No. _____

Verde Valley Plaza, LLC                         Chapter 11 _____
                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor and their relatives; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 404,170.00 | 2009 |
| 366,602.00 | 2010 |
| 200,587.00 | 2011 - January - August |

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing Inc [1-800-998-2424] - Forms Software Only

None **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED** | **SEE ATTACHED** | **0.00** | **0.00** |

None ☑ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ **a.** List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ **b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ **a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael W. Carmel**<br>**80 E. Columbus Avenue**<br>**Phoenix, AZ 85012** | **11/07/2011** | **51,046.00** |
| **Sutton Pakfar & Courtney, LLP** | **Unknown** | |

# Verde Valley Plaza LLC Trust
## Transaction List by Vendor
### August 8 through November 9, 2011

| Type | Date | Num | Memo | Clr | Amount |
|------|------|-----|------|-----|--------|
| **ABreeze Fire Protection** | | | | | |
| Check | 10/4/2011 | 9159 | Inv# 2232 - Fire Rise Flow Switch | | -580.00 |
| **ADOR-TPT Tax** | | | | | |
| Check | 8/19/2011 | EFT | EIN 20-5804978, St License # 20157747 | X | -618.44 |
| Check | 9/20/2011 | EFT | EIN 20-5804978, St License # 20157747 | X | -694.29 |
| Check | 10/18/2011 | EFT | EIN 20-5804978, St License # 20157747 | | -732.78 |
| **Anderson Commercial Properties Inc.** | | | | | |
| Check | 8/12/2011 | EFT | previous month's PM fee | X | -768.43 |
| Check | 9/14/2011 | EFT | previous month's PM fee | X | -835.26 |
| Check | 10/3/2011 | EFT | Permit Fee Reimbursement | | -49.25 |
| Check | 10/10/2011 | EFT | previous month's PM fee | | -877.96 |
| Check | 11/8/2011 | EFT | previous month's PM fee | | -1,145.13 |
| Check | 11/8/2011 | EFT | Back PM fees - DTree + Aarons calc error | | -4,036.04 |
| **APS** | | | | | |
| Check | 9/7/2011 | 9145 | #118421288 | X | -107.93 |
| Check | 9/7/2011 | 9146 | #977421282 | X | -815.60 |
| Check | 10/4/2011 | 9163 | #118421288 | | -126.18 |
| Check | 10/4/2011 | 9164 | #977421282 | | -958.96 |
| Check | 11/7/2011 | 5293 | #977421282 HS Lts | | -838.64 |
| **Bell Rock Glass & Window** | | | | | |
| Check | 8/16/2011 | 9137 | Inv# 1603 | X | -214.70 |
| **CenturyLink** | | | | | |
| Check | 9/7/2011 | 9147 | Acct# 928-634-0944 984B | X | -42.19 |
| Check | 10/4/2011 | | Acct# 928-634-0944 984B | | -42.19 |
| Check | 11/7/2011 | 5289 | Acct# 928-634-0944 984B | | -42.25 |
| **Chip's Spraying Service** | | | | | |
| Check | 8/16/2011 | 9136 | monthly weed control | X | -75.00 |
| Check | 9/15/2011 | 9148 | monthly weed control | X | -75.00 |
| Check | 10/4/2011 | 9165 | monthly weed control | | -75.00 |
| Check | 11/7/2011 | 5290 | monthly weed control | | -75.00 |
| **Cottonwood Sewer** | | | | | |
| Check | 8/16/2011 | 9138 | 5301,5302,5303,5304,5305,5307,5308,5309,5... | X | -200.15 |
| Check | 9/15/2011 | 9149 | 5301,5302,5303,5304,5305,5307,5308,5309,5... | X | -155.95 |
| Check | 10/11/2011 | 9169 | 5301,5302,5303,5304,5305,5307,5308,5309,5... | | -155.95 |
| **Cottonwood Water** | | | | | |
| Check | 8/10/2011 | 5276 | Verde Valley Plaza | X | -557.62 |
| Check | 9/9/2011 | 5280 | Verde Valley Plaza | X | -520.72 |
| Check | 10/10/2011 | 5282 | Verde Valley Plaza | | -492.35 |
| Check | 11/9/2011 | 5298 | Verde Valley Plaza | | -471.12 |
| **CT Corporation** | | | | | |
| Check | 10/3/2011 | 9157 | Acct # 9400451912 | | -284.00 |
| **Eisner, Frank & Kahan** | | | | | |
| Check | 9/2/2011 | 9141 | Inv# 23669 | X | -1,000.00 |
| **Hovsep Adamian** | | | | | |
| Check | 9/8/2011 | 9144 | HVAC pmt - Curves Ste#1417 | | -244.26 |
| Check | 10/4/2011 | 9158 | HVAC pmt - Curves Ste#1417 | | -244.26 |
| Check | 11/8/2011 | 9170 | HVAC pmt - Curves Ste#1417 | | -244.26 |
| **Ivy Funding Group, LLC** | | | | | |
| Check | 9/15/2011 | 5281 | Inv# 1001 0 accounting fees | X | -4,515.00 |
| **Mccoy's Window Cleaning** | | | | | |
| Check | 8/16/2011 | 9134 | Inv# 13985 | X | -295.00 |
| **Michael W. Carmel, Ltd** | | | | | |
| Check | 11/1/2011 | 5286 | VerdeValleyPlazaLLC | | -51,046.00 |
| **Mick's Tree Service** | | | | | |
| Check | 8/16/2011 | 9135 | Inv# 2389 | X | -650.00 |
| **National Bank of Arizona** | | | | | |
| Check | 9/5/2011 | EFT | Service Charge | X | -5.00 |
| Check | 9/5/2011 | EFT | Service Charge | X | -4.95 |
| Check | 10/5/2011 | EFT | Service Charge | | -5.00 |
| Check | 10/5/2011 | EFT | Service Charge | | -4.95 |
| Check | 11/5/2011 | EFT | Service Charge | | -5.00 |
| Check | 11/5/2011 | EFT | Service Charge | | -4.95 |
| **Nite Vision Security** | | | | | |
| Check | 11/7/2011 | 5287 | inv.4804 Fire alarm panel installed - sears | | -687.55 |
| **Ralston Construction** | | | | | |
| Check | 9/2/2011 | 9140 | Inv#702 - Fashion Xroads | X | -414.18 |
| Check | 9/22/2011 | 9152 | Inv#707 - Parking Lot | X | -257.68 |
| Check | 9/22/2011 | 9156 | Est #271 - 50% down | X | -966.15 |

Case 3:11-bk-31874-EPB    Doc 1    Filed 11/16/11    Entered 11/16/11 15:39:31    Desc
Main Document    Page 29 of 40

# Verde Valley Plaza LLC Trust
## Transaction List by Vendor
### August 8 through November 9, 2011

| Type | Date | Num | Memo | Clr | Amount |
|------|------|-----|------|-----|--------|
| Check | 11/7/2011 | 5295 | Est #271 - remaining 50% - paid in full | | -966.15 |
| **Red Rock Lock** | | | | | |
| Check | 9/22/2011 | 9153 | Inv# 109913  Rekey Hanas | | -82.18 |
| **S. Taylor & Sons Hauling Inc.** | | | | | |
| Check | 9/15/2011 | 9150 | Acct# 100132 | X | -607.15 |
| Check | 10/4/2011 | 9166 | Acct# 100132 | | -607.15 |
| Check | 11/7/2011 | 5291 | Acct# 100132 | | -607.15 |
| **Signs928 LLC** | | | | | |
| Check | 8/29/2011 | 5278 | PLS SEE ATTACHED MEMO | X | -499.56 |
| Check | 10/4/2011 | 9160 | New Acrylic Signs - Payment 2 of 2 | | -499.56 |
| **Slender and Sons** | | | | | |
| Check | 9/22/2011 | X | P-Lot stripe and crackfill | X | -5,500.00 |
| **Sutton, Pakfar & Courtney, LLP** | | | | | |
| Check | 9/2/2011 | 9142 | Inv# 1051 | X | -2,000.00 |
| **Sylvania Lighting Services** | | | | | |
| Check | 9/22/2011 | 9154 | Customer #60927 | X | -812.33 |
| Check | 11/7/2011 | 5292 | Customer #60927 | | -127.26 |
| **T&T Refrigeration, Inc.** | | | | | |
| Check | 8/29/2011 | 5279 | Inv# 2665 - Fashion Xroads | X | -112.07 |
| **Tom Waterfield** | | | | | |
| Check | 9/7/2011 | 9143 | Inv#171783 | X | -750.00 |
| Check | 10/4/2011 | 9161 | Inv#171785 | | -750.00 |
| Check | 11/7/2011 | 5288 | Inv# 171787 | | -750.00 |
| **Tryton Enterprises LLC** | | | | | |
| Check | 8/29/2011 | 5277 | Inv#197885 | X | -1,390.00 |
| Check | 9/15/2011 | 9151 | Inv#197921 | X | -945.00 |
| Check | 10/26/2011 | 5284 | Inv#197959 | | -1,390.00 |
| Check | 11/7/2011 | 5294 | Inv# 197967 | | -945.00 |
| **Village Electric** | | | | | |
| Check | 10/4/2011 | 9162 | Inv#1413 - New breaker | | -523.48 |
| Check | 10/26/2011 | 5285 | Inv#1413 - New breaker - FINAL | | -129.28 |
| **Yavapai Co Treasurer** | | | | | |
| Check | 10/21/2011 | void | VOID: parcel APN# 406-00-062 PHut bldg only | X | 0.00 |

9777 Wilshire Blvd., #810
Beverly Hills, CA 90212

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 35 No. Raymond, #213, Pasadena, CA 91103 | | |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☑

## 18. Nature, location and name of business

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Bud Golditch**<br>**16530 Ventura Blvd.**<br>**#305**<br>**Encino, CA 91436** | |
| **Scott Anderson**<br>**PO Box 4208**<br>**Sedona, AZ 86340** | |

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Bud Golditch**<br>**16530 Ventura Blvd.**<br>**#305**<br>**Encino, CA 91436** | |
| **Scott Anderson**<br>**PO Box 4208**<br>**Sedona, AZ 86340** | |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐

NAME AND ADDRESS
**Bud Golditch**
**16530 Ventura Blvd.**
**#305**

Encino, CA 91436
**Scott Anderson**
**PO Box 4208**
**Sedona, AZ 86340**

---

<div style="writing-mode: vertical-rl">© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only</div>

<sup>None</sup> ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                    DATE ISSUED
**MidFirst Bank**
**C/O Sean McElenney, BRYAN CAVE**
**Two North Central Avenue, Suite 2200**
**Phoenix, AZ 85004**

---

## 20. Inventories

<sup>None</sup> ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

<sup>None</sup> ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

<sup>None</sup> ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

<sup>None</sup> ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Lee & Shirley Ambers**<br>**Ambers Family Trust DTD 10/06/88**<br>**6221 Hesperia Avenue**<br>**Encino, CA 91318** | | **2.381%** |
| **Marc Abramowitz**<br>**300 University Cottonwood L**<br>**9 Willow Hill Road**<br>**Ross, CA 94947** | | **35.714%** |
| **Patrick Chraghcian**<br>**139 S. Los Robles, Unit 108**<br>**Pasadena, CA 91101** | | **2.381%** |
| **Cottonwood Retail Center**<br>**921 Kagawa St**<br>**Pacific Palisades, CA 90272** | | **14.286%** |
| **Barry & Robin Freeman**<br>**Barry & Robin Itkin Freeman Family Trust**<br>**15576 Meadowgate Road**<br>**Encino, CA 91436** | | **2.381%** |
| **Dr. Richard B. Gilmore**<br>**Custodian FBO Richard B. Gilmore, MD IRA**<br>**2116 Wembly Place**<br>**Rockford, IL 61114** | | **2.381%** |
| **Doug Huberman**<br>**139 S. Los Robles, Unit 108**<br>**Pasadena, CA 91101** | | **2.381%** |
| **Russell L. Hanlin**<br>**1043 Pine Oak Lane**<br>**Pasadena, CA 91103** | | **4.762%** |
| **Elizabeth Hirsch**<br>**9951 Kip Drive**<br>**Beverly Hills, CA 90210** | | **1.190%** |
| **Joel Leebove** | | **2.381%** |

| | |
|---|---|
| **Joel Leebove Trust Dated 01/29/1997**<br>5123 Wilbur Avenue<br>Tarzana, CA 91356 | |
| **Chuck & Fae Lipeles**<br>Lipeles Family Trust Of 7-24-87<br>20515 Chatsboro Drive<br>Woodland Hills, CA 91364 | 2.381% |
| **Greg McLemore**<br>87 N. Raymond Ave, #850<br>Pasadena, CA 91103 | 4.762% |
| **Lonnie & Betty Sclar**<br>Trustees Of The Leon & Bettie Sclar RT<br>12218 Montana Avenue, #202<br>Los Angeles, CA 90049 | 2.381% |
| **Randall Sclar**<br>Trustee Of The 1994 Sclar Irrevocable T<br>4231 23rd St.<br>San Francisco, CA 94114 | 2.381% |
| **Ed Schreiber**<br>116501 Ventura Blvd., #401<br>Encino, CA 91436 | 1.333% |
| **Eric Schreiber**<br>16501 Ventura Blvd., #401<br>Encino, CA 91436 | .714% |
| **Ethan Schreiber**<br>16501 Ventura Blvd., #401<br>Encino, CA 91436 | .167% |
| **Ean Schreiber**<br>16501 Ventura Blvd., #401<br>Encino, CA 91436 | .167% |
| **Linda Stern**<br>Trustee Of The Linda Stern Living Trust<br>4 Mira<br>Irvine, CA 92603 | 1.190% |
| **Karl & Deanne Sussman**<br>19346 Olivos Drive<br>Tarzana, CA 91356 | 2.381% |
| **Harold & Sandra Slan**<br>Trustees Of The Slan Family Trust<br>11645 Morgan Lane<br>Los Angeles, CA 90049 | 2.381% |
| **Nancy Weingarten**<br>20 Royal Road<br>Belmont, MA 02478 | 1.190% |
| **Yale & Jean Weiser**<br>17547 Ventura Blvd., #206<br>Encino, CA 91316 | 1.190% |
| **Ivy Fund Group, LLC**<br>139 S. Los Robles, #108<br>Pasadena, CA 91101 | 7.143% |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 15, 2011**          Signature: */s/ Doug Huberman*

                                                 **Doug Huberman, Managing Member**                     Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
District of Arizona

IN RE:                                          Case No. _____

Verde Valley Plaza, LLC _____     Chapter 11 _____
                        Debtor(s)

## DECLARATION

I hereby certify, under penalty of perjury, that the Master Mailing List, consisting of _____ 4 sheet(s), is complete, correct and consistent with the debtor(s)' schedules pursuant to Local Bankruptcy Rule 1007.

Date: November 15, 2011 _____     Signature: /s/ Doug Huberman _____     Debtor
                                               Doug Huberman, Managing Member

Date: _____       Signature: _____                         Joint Debtor, if any

Date: November 15, 2011 _____     Signature: /s/ Michael W. Carmel, Esq. _____       Attorney (if applicable)
                                               Michael W. Carmel, Esq. 007356

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Verde Valley Plaza, LLC

AMERICAN GENERAL CONSTRUCTORS
139 S LOS ROBLES SUITE 107
PASADENA AZ   91101

AMERICAN GENERAL DESIGN
600 W BROADWAY SUITE 200
GLENDALE CA   91204

AMERICAN GENERAL DESIGN
139 S LOS ROBLES SUITE 106
PASADENA CA   91101

ANDERSON COMMERCIAL PROPERTIES INC
40 SOLDIERS SUITE 3
SEDONA AZ   86336

APS
PO BOX 2906
PHOENIX AZ   85062-2906

ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX AZ   85007-2650

BALLARD SPAHR ANDREWS & INGERSOLL
3300 N CENTRAL AVENUE #1800
PHOENIX AZ   85012

CENTURYLINK
PO BOX 29040
PHOENIX AZ   85038

CHIP'S SPRAYING SERVICE
PO BOX 339
CLARKDALE AZ   86324

COTTONWOOD SEWER
111 N MAIN
COTTONWOOD AZ   86326

Verde Valley Plaza, LLC

COTTONWOOD WATER
111 N MAIN ST
COTTONWOOD AZ   86326

CT CORPORATION
PO BOX 4349
CAROL STREAM IL   60197

DERITO PARTNERS INC
3200 E CAMELBACK #175
PHOENIX AZ   85018

EISNER FRANK & KAHAN
9601 WILSHIRE BLVD #700
BEVERLY HILLS CA   90210

EQUITY HOTEL SUPPLY
8400 SUNSET BLVD SUITE 3A
WEST HOLLYWOOD CA   90069

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA   94257

HAHN & HAHN LLP
301 E COLORADO BLVD 9TH FLOOR
PASADENA CA   91101

HOVSEP ADAMIAN
1310 N PACIFIC AVENUE
GLENDALE CA   91202

JOEL LEEBOVE
JOEL LEEBOVE TRUST DATED 01/29/1997
5123 WILBUR AVENUE
TARZANA CA   91356

LAKE DU & ASSOCIATES
444 W OCEAN BLVD SUITE 800
LONG BEACH CA   90802

Verde Valley Plaza, LLC


LODGEN LACHER GOLDITCH SS & H LP
16530 VENTURA BLVD #305
ENCINO CA   91436


MIDFIRST BANK
C/O SEAN MCELENNEY BRYAN CAVE
TWO NORTH CENTRAL AVENUE SUITE 2200
PHOENIX AZ   85004


MIDFIRST BANK
501 NW GRAND BOULEVARD
OKLAHOMA CITY OK   73118


POVAC INVESTMENTS INC
139 S LOS ROBLES SUITE 107
PASADENA CA   91101


RVM ASSOCAITES
139 S ROBLES AVE #1
PASADENA CA   91101


RVM/DOUG HUBERMAN
139 S LOS ROBLES #109
PASADENA CA   91101


S TAYLOR & SONS HAULING INC
PO BOX 4389
COTTONWOOD AZ   86326


SCHREIBER & SCHREIBER INC
16501 VENTURA BLVD #401
ENCINO CA   91436


SUTTON PAKFAR & COURTNEY LLP
9777 WILSHIRE BOULEVARD SUITE 810
BEVERLY HILLS CA   90212


SYLVANIA LIGHTING SERVICES
PO BOX 2120
CAROL STREAM IL   60132

Verde Valley Plaza, LLC

TOM WATERFIELD
1345 S CENTRAL
CORNVILLE AZ   86325

TRYTON ENTERPRISES LLC
742 E MAHALA DRIVE
CAMP VERDE AZ   86322

YAVAPAI COUNTY TREASURER
1015 FAIR STREET
PRESCOTT AZ   86305