James E. Ledbetter, Esq.
State Bar Number 012788
Trent S. Trueblood, Esq.
State Bar Number 028701
**THE LEDBETTER LAW FIRM, P.L.C.**
1003 North Main Street
Cottonwood, Arizona 86326
court@ledbetterlawaz.com
(928) 649-8777

Attorneys for Eric Horn, Brian Stoneking
E.B. Enterprise LLC dba The Noodle Bowl

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>VERDE VALLEY PLAZA, LLC,<br><br>Debtor. | Case No.: 2:11-bk-31874-RTB<br><br>**MOTION FOR ALLOWANCE OF COMPENSATION FOR DAMAGES ARISING FROM DEBTOR'S POST-PETITION NEGLIGENT OR FRAUDULENT MISREPRESENTATIONS, CONSUMER FRAUD, AND BREACH OF CONTRACT AS AN ADMINISTRATIVE EXPENSE** |

Pursuant to § 503(B) of Title 11 of the United States Code, Eric Horn, Brian Stoneking, and EB Enterprise, L.L.C., (collectively referred to as "EB Enterprise") present this Motion for the allowance of compensation for damages based on the Debtor's post-petition torts and breach of contract, as an administrative expense. This Request is supported by the following Memorandum of Points and Authorities.

/ / / /

/ / / /

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Request for Compensation for Damages 2wpd.wpd

Case 3:11-bk-31874-EPB    Doc 89    Filed 08/14/12    Entered 08/14/12 17:58:45    Desc
Main Document    Page 1 of 8

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. The Debtor's Post-Petition Torts and Breach of Contract

In October 2011, EB Enterprise began to make plans to open a restaurant ("The Noodle Bowl") in Northern Arizona. In early December, 2011, EB Enterprise became interested in the property located at 656 South Main Street in Cottonwood, Arizona, (the "Property"), owned by the Debtor. Unbeknownst to EB Enterprise, the Debtor was in Chapter 11 bankruptcy.

The Debtor, with the assistance of De Rito Partners,[1] negotiated a lease with EB Enterprise. *See* Lease attached as Exhibit "A." The Property was in great disrepair, and the Debtor was subject to a cash-collateral order which provided the Debtor with only $1,475.00 in discretionary maintenance funds per month. *See* Cash Collateral Order, filed December 22, 2011, attached as Exhibit "B," and corresponding Budget, attached as Exhibit "C." Nonetheless, the Debtor executed a lease with EB Enterprise, in which the Debtor agreed to perform the following "Landlord's Work:"

    (1) repair leaks in the roof;
    (2) remove old HVAC equipment from the roof;
    (3) install floor drains to meet code;
    (4) remove the old hood from the kitchen;
    (5) relocate the gas line (if necessary) to meet code, and;
    (6) repair electrical issues in the building or replace electrical components
    to bring the building up to code.

*See* Exhibit "B" to Lease, attached as Exhibit "A."

---

[1] De Rito Partners is employed as the Debtor's Real Estate broker. [Dkt. 70].

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

The Lease contemplated that the rental commencement date would be January 1, 2012, and that the necessary work for obtaining a Certificate of Occupancy would be completed within 60 days of the tenants notifying the landlord of any problem in obtaining an occupancy permit. *See* Exhibit "A" Sections 2.1, 2.2.[2] At no time did the Debtor indicate to EB Enterprise that it was in bankruptcy, or that it might have difficulty performing the agreed-upon repairs.

Upon consummating the lease, the Debtor represented to EB Enterprise that the Debtor would get started immediately with the landlord's work. The Debtor knew, or should have known, that this would be impossible, but concealed any concern to that effect, and intended that E.B. Enterprise would rely on the Debtor's representation. In reliance on the Debtor's fraudulent omissions and misrepresentations, EB Enterprise made substantial efforts and expenditures to prepare to open the Noodle Bowl, including the following:

    a.    Obtained an approval to construct The Noodle Bowl from the Yavapai County Health Department. *See* attached Exhibit "D".

    b.    Purchased insurance on the building.

    c.    Paid to have a phone line installed in the building.

    d.    Contacted with a designer to design the interior of the building in exchange for $2,500.00 and paid a $500.00 deposit for that design. *See* attached Exhibit "E".

---

[2] In addition to the fully-executed lease, EB Enterprise is in possession of a Microsoft Word document which contains metadata that shows that the Debtor's representative, Doug Huberman, accepted and agreed to perform the repairs listed as "landlord's work," with the exception of the electrical work, which was added to the lease by Mr. Horn, on behalf of E.B. Enterprise, by hand, which Mr. Hulberman thereafter signed.

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Request for Compensation for Damages 2.wpd.wpd     3
Case 3:11-bk-31874-EPB    Doc 89    Filed 08/14/12    Entered 08/14/12 17:58:45    Desc
Main Document     Page 3 of 8

e.  Paid $5,750.00 for custom steel fabrication for a custom vent hood for the location and agreed to pay an additional $5,750.00 for completion of the hood. *See* attached Exhibit "F".

f.  Purchased $18,484.80 worth of restaurant equipment from Alida. *See* attached Exhibit "G".

g.  Paid $4,532.00 to De Rito Partners.

h.  Ordered an additional $19,197.40 worth of custom booths and countertops from Alida. *See* attached Exhibit "H".

These expenses total at least $56,714.20. In the months following the consummation of the lease, EB Enterprise made various futile inquiries with the Debtor, and with De Rito Partners, to determine when the Debtor would begin making repairs. In March of 2012, aware that the Debtor had not yet begun the repairs, Mr. Horn went to the City of Cottonwood Community Development Department to inquire as to whether the Debtor had obtained any work permits. Mr. Horn was informed that no permits had been obtained, or even applied for.

On May 8, 2012, Mr. Horn of spoke with Mr. Chraghcian, an agent of the Debtor, by telephone. Mr. Horn inquired as to when the Debtor would begin the landlord's work. Mr. Chraghcian replied that the Debtor was "going to have to sue the bank." Three days later, on May 11, 2012, Mr. Horn ordered a title report on the Property and was devastated to learn that the Debtor was in Chapter 11. The Property sits today in the same apparent state of disrepair. *See* Declaration of Susan Cox and attached photos, attached as Exhibit "I."

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Request for Compensation for Damages 2.wpd.wpd   4

Case 3:11-bk-31874-EPB    Doc 89    Filed 08/14/12    Entered 08/14/12 17:58:45    Desc
Main Document    Page 4 of 8

In May of 2012, after receiving the title report, EB Enterprise contacted Mr. Tony Cullum, a Flagstaff area attorney, who wrote to the Debtor, declaring a breach of the Lease and a making a demand for damages. *See* attached Exhibit "J." A California attorney, Edwin Schreiber, who, on information and belief, is not licensed to practice law in the State of Arizona, and has not filed a Statement of Compensation with this Court as required by 11 U.S.C. § 329, replied to Mr. Cullum's letter on behalf of the Debtor, falsely representing that EB Enterprise was required to pay for the necessary renovations to the Property and demanding that EB Enterprise either begin funding the repairs, pay the Debtor an amount equal to 30% of the contract rent for the entire lease agreement, or face a lawsuit. *See* Exhibit "K." Mr. Schrieber had previously written EB Enterprise, falsely representing that the Debtor could not be sued in State Court based on the automatic stay.[3] *See* Exhibit "L."

## II. The Debtor's Debts to EB Enterprise Must Be Allowed As An Administrative Expense

EB Enterprise is owed compensation for the damages inflicted by the Debtor's acts and omissions which occurred entirely post-petition. Because these acts and omissions occurred post-petition, EB Enterprise is entitled to be compensated as an administrative creditor. *In re Kadjevich*, 220 F.3d 1016, 1019 (9th Cir. 2000) citing *Reading Co. v. Brown*, 391 U.S. 471, 88 S.Ct. 1759 (1968) (tort claims arising post-petition are granted administrative expense priority); *see also In re Abercrombie*, 139 F.3d 755, 758 (9th Cir.

---

[3] The automatic stay imposed by § 362 of the Bankruptcy Code does not prohibit suits based entirely on post-petition conduct. *See* 11 U.S.C. § 362(a)(1),(2),(5),(6), limiting the scope of the automatic stay to, inter alia, claims that arose before the commencement of the case.

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Request for Compensation for Damages 2.wpd.wpd   5

1998) ("the *Reading* exception exists to deter the trustee from injuring third parties").

Accordingly, EB Enterprise hereby requests allowance of its request for compensation of these damages, which total at least $56,714.20, as an administrative expense.

     RESPECTFULLY SUBMITTED this ___14th___ day of August, 2012.

                                        THE LEDBETTER LAW FIRM, P.L.C.

                                        /s/ Trent S. Trueblood
                                        James E. Ledbetter
                                        Trent S. Trueblood
                                        Attorneys for EB Enterprise, LLC dba
                                            The Noodle Bowl

## CERTIFICATE OF SERVICE

     I hereby certify that on the 14th day of August, 2012, I electronically transmitted Motion for Payment of Compensation for Damages Arising From Debtor's Post-Petition Negligent or Fraudulent Misrepresentations, Consumer Fraud, and Breach of Contract as an Administrative Expense through the CM/ECF System for filing and transmittal to all CM/ECF registrants.

**COPY of the foregoing mailed
this ___14th___ day of August, 2012, to:**

Michael W. Carmel, Esq.
80 E. Columbus Avenue
Phoenix, Arizona 85012
*Attorney for Debtor*

Office of the U.S. Trustee
230 North 1st Avenue, Ste. 204
Phoenix, Arizona 85003-1706

| De Rito Partners, Inc. | 300 University Cottonwood, LLC |
| --- | --- |
| c/o Lane & Nach, P.C. | c/o Marc L. Abramowitz |
| 2025 N. 3rd Street, Suite 157 | 1029 Ramona Street |
| Phoenix, Arizona 85004 | Pal Alto, California 94301 |

Request for Compensation for Damages 2.wpd.wpd      6

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Case 3:11-bk-31874-EPB    Doc 89    Filed 08/14/12    Entered 08/14/12 17:58:45    Desc
Main Document     Page 6 of 8

| | | |
|---|---|---|
| 1 | APS<br>P.O. Box 2906<br>Phoenix, Arizona 85062 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, Arizona 85003-0608 |
| 3 | American General Design<br>600 W. Broadway, Suite 200<br>Glendale, California 91204 | American General Constructors<br>139 North First Avenue, Suite 107<br>Pasadena, Arizona 91101-2488 |
| 5 | Ballard Spahr Andrews & Ingersoll<br>3399 N. Central Avenue, #1800<br>Phoenix, Arizona 85012-2518 | Anderson Commercial Properties, Inc.<br>40 Soldiers, Suite 3<br>Sedona, Arizona 86336 |
| 7 | Chip's Spraying Service<br>P.O. Box 339<br>Clarkdate, Arizona 86324-0339 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 |
| 10 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, California 94257 | Cottonwood Sewer<br>111 N. Main<br>Cottonwood, Arizona |
| 12 | Joel Leebove<br>Joel Leebove Trust Dated 01/29/1997<br>5123 Wilbur Avenue<br>Tarzana, California 91356-4014 | Eisner Frank & Kahan<br>9601 Wilshire Blvd., Ste. 700<br>Beverly Hills, California 90210 |
| 15 | Hahn & Hahn, LLP<br>301 E. Colorado Blvd., 9th Floor<br>Pasadena, California 91101-1977 | Lake, Du & Associates<br>444 W. Ocean Blvd., Suite 800<br>Long Beach, California 90802 |
| 17 | Az Department of Revenue<br>Bankruptcy & Litigation<br>1600 W. Monroe, 7th Floor<br>Phoenix, Arizona 85007-2650 | Midfirst Bank<br>c/o Bryan Cave, LLP<br>Two N. Central Ave., Suite 220<br>Phoenix, Arizona 85004-4406 |
| 20 | American General Design<br>139 S. Los Robles, Suite 106<br>Pasadena, Arizona 91101-2488 | Tryton Enterprises, LLC<br>742 E. Mahala Drive<br>Camp Verde, Arizona 86322-6417 |
| 22 | CenturyLink<br>P.O. Box 29040<br>Phoenix, Arizona 85038-9040 | Cottonwood Water<br>111 N. Main Street<br>Cottonwood, Arizona 86326 |
| 26 | Equity Hotel Supply<br>8400 Sunset Blvd., Suite 3A<br>West Hollywood, California 90069 | Hovsep Adamian<br>1310 N. Pacific Avenue<br>Glendale, California 91202-1614 |
| 28 | Lodgen Lacher Goltich, SS & H LLP | RVM Associates |

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Request for Compensation for Damages 2.wpd 7

Case 3:11-bk-31874-EPB   Doc 89   Filed 08/14/12   Entered 08/14/12 17:58:45   Desc
Main Document    Page 7 of 8

| | |
|---|---|
| 16530 Ventura Blvd., #305<br>Encino, California 91436 | 139 S. Robles Ave., #1<br>Pasadena, California 91101 |
| Schreiber & Schreiber, Inc.<br>16501 Ventura Blvd., Suite 401<br>Encino, California 91436-4542 | Povac Investments<br>139 W. Los Robles, Suite 107<br>Pasadena, California 91101 |
| Sutton Pakfar & Courtney, LLC<br>9777 Wilshire Blvd., Suite 810<br>Beverly Hills, California 90212-1908 | Sylvania Lighting Services<br>P.O. Box 2120<br>Carol Stream, IL 60132-0001 |
| S. Taylor & Sons Hauling, Inc.<br>P.O. Box 4389<br>Cottonwood, Arizona 86326 | Robbin L. Itkin<br>2121 Avenue of the Stars, 28th Floor<br>Los Angeles, California 90067-5010 |
| Tom Waterfield<br>1345 S. Central<br>Cornville, Arizona 86325 | Verde Sol Air Services<br>724 N. Industrial Drive, Suite 1<br>Camp Verde, Arizona 86322-7710 |
| Yavapai County Treasurer<br>1015 Fair Street<br>Prescott, Arizona 86305-1807 | Verde Valley Plaza<br>65 N. Raymond Avenue, Suite 315<br>Pasadena, California 91103-3977 |

/s/   Karen L. Wargo

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Request for Compensation for Damages 2.wpd.wpd    8

Case 3:11-bk-31874-EPB    Doc 89    Filed 08/14/12    Entered 08/14/12 17:58:45    Desc
Main Document    Page 8 of 8