James E. Ledbetter, Esq.
State Bar Number 012788
Trent S. Trueblood, Esq.
State Bar Number 028701
**THE LEDBETTER LAW FIRM, P.L.C.**
1003 North Main Street
Cottonwood, Arizona 86326
court@ledbetterlawaz.com
(928) 649-8777

Attorneys for Eric Horn, Brian Stoneking
E.B. Enterprise LLC dba The Noodle Bowl

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>VERDE VALLEY PLAZA, LLC,<br><br>               Debtor. | Case No.: 2:11-bk-31874-RTB<br><br>**NOTICE OF BAR DATE FOR OBJECTIONS TO THE MOTION FOR ALLOWANCE OF COMPENSATION FOR DAMAGES ARISING FROM DEBTOR'S POST-PETITION NEGLIGENT OR FRAUDULENT MISREPRESENTATIONS, CONSUMER FRAUD, AND BREACH OF CONTRACT AS AN ADMINISTRATIVE EXPENSE** |

NOTICE IS HEREBY GIVEN that Eric Horn, Brian Stoneking, and EB Enterprise LLC. (collectively referred to as "EB Enterprise"), have filed a Motion for Allowance of Compensation for Damages Arising From Debtor's Post-Petition Negligent or Fraudulent Misrepresentations, Consumer Fraud, and Breach of Contract as an Administrative Expense in the above captioned proceeding. By the Motion, EB Enterprise is requesting the Court to approve and allow the post-petition tort and contract claim set for in the Motion as

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Notice of Bar Date for Obj. to Req. for Compensation.wpd

Case 2:11-bk-31874-RTBP   Doc 90   Filed 08/14/12   Entered 08/14/12 18:02:26   Desc
Main Document    Page 1 of 5

administrative claims, pursuant 11 U.S.C. § 503(b)(1)(A), based on *Reading Co. v. Brown*, 391 U.S. 471, 88 S.Ct. 1759 (1968).

NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rules 2002-1 and 9013-1, if no written objection is filed with the Court and a copy thereof served upon The Ledbetter Law Firm, P.L.C., 1003 North Main Street, Cottonwood, Arizona, 86326 **WITHIN TWENTY-FOUR (24) DAYS** of service of this Notice, the Motion may be granted within a hearing.

NOTICE IS FURTHER GIVEN that the Motion, statements and supporting papers are available for review at the Clerk's office, U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona, 85003-1706, and a copy may be inspected by any party in interest by accessing the United State Bankruptcy Court for the District of Arizona Document Filing System at http://ecf.azb.uscourts.gov or a copy may be obtained from The Ledbetter Law Firm, P.L.C. at the address appearing on this pleading.

DATED: August 14, 2012.

THE LEDBETTER LAW FIRM, P.L.C.

/s/ Trent S. Trueblood
James E. Ledbetter
Trent S. Trueblood
Attorneys for Eric Horn, Brian Stoneking,
EB Enterprises LLC dba The Noodle Bowl

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Notice of Bar Date for Obj to Req for Compensation.wpd    -2-

Case 2:11-bk-31874-RTBP    Doc 90    Filed 08/14/12    Entered 08/14/12 18:02:26    Desc
Main Document    Page 2 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2012, I electronically transmitted Notice of Bar Date for Objections to the Motion for Payment of Compensation for Damages Arising From Debtor's Post-Petition Negligent or Fraudulent Misrepresentations, Consumer Fraud, and Breach of Contract as an Administrative Expense through the CM/ECF System for filing and transmittal to all CM/ECF registrants.

**COPY of the foregoing mailed this   14th   day of August, 2012, to:**

Michael W. Carmel, Esq.
80 E. Columbus Avenue
Phoenix, Arizona 85012
*Attorney for Debtor*

Office of the U.S. Trustee
230 North 1st Avenue, Ste. 204
Phoenix, Arizona 85003-1706

| | |
|---|---|
| De Rito Partners, Inc.<br>c/o Lane & Nach, P.C.<br>2025 N. 3rd Street, Suite 157<br>Phoenix, Arizona 85004 | 300 University Cottonwood, LLC<br>c/o Marc L. Abramowitz<br>1029 Ramona Street<br>Pal Alto, California 94301 |
| APS<br>P.O. Box 2906<br>Phoenix, Arizona 85062 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, Arizona 85003-0608 |
| American General Design<br>600 W. Broadway, Suite 200<br>Glendale, California 91204 | American General Constructors<br>139 North First Avenue, Suite 107<br>Pasadena, Arizona 91101-2488 |
| Ballard Spahr Andrews & Ingersoll<br>3399 N. Central Avenue, #1800<br>Phoenix, Arizona 85012-2518 | Anderson Commercial Properties, Inc.<br>40 Soldiers, Suite 3<br>Sedona, Arizona 86336 |
| Chip's Spraying Service<br>P.O. Box 339<br>Clarkdale, Arizona 86324-0339 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 |
| Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, California 94257 | Cottonwood Sewer<br>111 N. Main<br>Cottonwood, Arizona |

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Notice of Bar Date for Obj. to Req. for Compensation.wpd    3

Case 2:11-bk-31874-RTBP    Doc 90    Filed 08/14/12    Entered 08/14/12 18:02:26    Desc
Main Document    Page 3 of 5

| | | |
|---|---|---|
| 1 | Joel Leebove<br>Joel Leebove Trust Dated 01/29/1997<br>5123 Wilbur Avenue<br>Tarzana, California 91356-4014 | Eisner Frank & Kahan<br>9601 Wilshire Blvd., Ste. 700<br>Beverly Hills, California 90210 |
| 4 | Hahn & Hahn, LLP<br>301 E. Colorado Blvd., 9th Floor<br>Pasadena, California 91101-1977 | Lake, Du & Associates<br>444 W. Ocean Blvd., Suite 800<br>Long Beach, California 90802 |
| 6 | Az Department of Revenue<br>Bankruptcy & Litigation<br>1600 W. Monroe, 7th Floor<br>Phoenix, Arizona 85007-2650 | Midfirst Bank<br>c/o Bryan Cave, LLP<br>Two N. Central Ave., Suite 220<br>Phoenix, Arizona 85004-4406 |
| 9 | American General Design<br>139 S. Los Robles, Suite 106<br>Pasadena, Arizona 91101-2488 | Tryton Enterprises, LLC<br>742 E. Mahala Drive<br>Camp Verde, Arizona 86322-6417 |
| 11 | CenturyLink<br>P.O. Box 29040<br>Phoenix, Arizona 85038-9040 | Cottonwood Water<br>111 N. Main Street<br>Cottonwood, Arizona 86326 |
| 13 | Equity Hotel Supply<br>8400 Sunset Blvd., Suite 3A<br>West Hollywood, California 90069 | Hovsep Adamian<br>1310 N. Pacific Avenue<br>Glendale, California 91202-1614 |
| 16 | Lodgen Lacher Goltich, SS & H LLP<br>16530 Ventura Blvd., #305<br>Encino, California 91436 | RVM Associates<br>139 S. Robles Ave., #1<br>Pasadena, California 91101 |
| 18 | Schreiber & Schreiber, Inc.<br>16501 Ventura Blvd., Suite 401<br>Encino, California 91436-4542 | Povac Investments<br>139 W. Los Robles, Suite 107<br>Pasadena, California 91101 |
| 20 | Sutton Pakfar & Courtney, LLC<br>9777 Wilshire Blvd., Suite 810<br>Beverly Hills, California 90212-1908 | Sylvania Lighting Services<br>P.O. Box 2120<br>Carol Stream, IL 60132-0001 |
| 22 | S. Taylor & Sons Hauling, Inc.<br>P.O. Box 4389<br>Cottonwood, Arizona 86326 | Robbin L. Itkin<br>2121 Avenue of the Stars, 28th Floor<br>Los Angeles, California 90067-5010 |
| 25 | Tom Waterfield<br>1345 S. Central<br>Cornville, Arizona 86325 | Verde Sol Air Services<br>724 N. Industrial Drive, Suite 1<br>Camp Verde, Arizona 86322-7710 |

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Notice of Bar Date for Objs to Req for Compensation.wpd -4-

Case 2:11-bk-31874-RTBP  Doc 90  Filed 08/14/12  Entered 08/14/12 18:02:26  Desc
Main Document    Page 4 of 5

| | |
|---|---|
| 1  Yavapai County Treasurer<br>1015 Fair Street<br>2  Prescott, Arizona 86305-1807 | Verde Valley Plaza<br>65 N. Raymond Avenue, Suite 315<br>Pasadena, California 91103-3977 |

/s/   Karen L. Wargo

Notice of Bar Date for Obj to Req for Compensation.wpd 5

THE LEDBETTER LAW FIRM, P.L.C.
1003 North Main Street
Cottonwood, Arizona 86326
(928) 649-8777

Case 2:11-bk-31874-RTBP    Doc 90    Filed 08/14/12    Entered 08/14/12 18:02:26    Desc
Main Document    Page 5 of 5