Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
State Bar No. 007356
Telephone: (602) 264-4965
Facsimile: (602)277-0144
E-mail: Michael@mcarmellaw.com

Counsel for Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| VERDE VALLEY PLAZA, LLC | Case No. 2:11-31874-RTBP |
| Debtor. | **REPORT OF BALLOTS** |
| | **Date of Initial Confirmation Hearing: 08/21/2012** <br> **Time of Hearing: 11:00 am** <br> **Courtroom #703** |

Debtor, by and through its counsel undersigned, and proponent of the Plan of Reorganization, hereby submits its report of ballots received as of August 16, 2012.

A total of seventeen (17) ballots were received. Class 9 is unimpaired, and therefore deemed to have accepted the Plan.

The following five (5) impaired Classes voted: Classes 2, 3A, 3B, 6 and 9.

The votes by Class are:

**Class 2 Claims:**

| | |
|---|---|
| Total Ballots received: | 1[1] |
| Total Ballots accepting: | 1 |
| Percentage of number accepting: | 100% |
| Total dollar amount: | $7,552,010.75 |

---

[1] This is an accepting Ballot conditioned on execution of new loan documents consistent with the terms of the Plan.

| | | |
|---|---|---|
| Total dollar amount accepting: | | $7,552,010.75 |
| Percentage of dollar amount accepting: | | 100% |

**Class 3A Claims:**

| | | |
|---|---|---|
| Total Ballots received: | | 3 |
| Total Ballots accepting: | | 3 |
| Percentage of number accepting: | | 100% |
| Total dollar amount: | | $174,753.39 |
| Total dollar amount accepting: | | $174,753.39 |
| Percentage of dollar amount accepting: | | 100% |

**Class 3B Claims:**

| | | |
|---|---|---|
| Total Ballots received: | | 2 |
| Total Ballots accepting: | | 2 |
| Percentage of number accepting: | | 100% |
| Total dollar amount: | | $207,622.52 |
| Total dollar amount accepting: | | $207,622.52 |
| Percentage of dollar amount accepting: | | 100% |

**Class 6 Claim**:

| | | |
|---|---|---|
| Total Ballot received: | | 1 |
| Total Ballot accepting: | | 1 |
| Percentage of number accepting: | | 100% |
| Total dollar amount: | | $5,617.98 |
| Total dollar amount accepting: | | $5,617.98 |
| Total percentage of dollar amount accepting: | | 100% |

**Class 9 Claims**:

Total Ballots received: 10

Total Ballot accepting: 10

Percentage of number accepting: 100%

Percentage of interests accepting: 100%

| CLASS | STATUS | ACCEPT/REJECT |
|---|---|---|
| 2 | Impaired | Accept |
| 3A | Impaired | Accept |
| 3B | Impaired | Accept |
| 6 | Impaired | Accept |
| 9 | Impaired | Accept |

DATED this 16th day of August, 2012.

                                MICHAEL W. CARMEL, LTD.

                                By *Michael W. Carmel (#007356)*
                                Michael W. Carmel
                                80 East Columbus Avenue
                                Phoenix, Arizona 85012-2334
                                Attorney for Debtor

COPY of the foregoing emailed
August 16, 2012 to:

Bryce A. Suzuki
BRYAN CAVE, LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004
bryce.suzuki@bryancave.com

Office of the U.S. Trustee
230 North First Avenue
Second Floor
Phoenix, AZ 85004

By *Sharon D. Kirby*

3

9997-004/LEW/TRS/365701