# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | VERDE VALLEY PLAZA, LLC |
| **Case Number:** | 2:11-BK-31874-RTBP   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 21, 2012 11:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | ANNETTE AGUILAR |

## Matter:

HEARING RE: DEBTOR'S AMENDED PLAN OF REORGANIZATION.

**R / M #:**   79 / 0

## Appearances:

MICHAEL W. CARMEL, ATTORNEY FOR VERDE VALLEY PLAZA, LLC
BRYCE A. SUZUKI, ATTORNEY FOR MIDFIRST BANK
TRENT TRUEBLOOD, ATTORNEY FOR EB ENTERPRISE LLC (T)

## Proceedings:

Mr. Carmel provides an update as to the voting, along with a conditional objection. It is detailed how it will be resolved. A stipulated order of confirmation is suggested.

THE COURT:  THE PLAN IS CONFIRMED BY A STIPULATED ORDER WITH THE BANK.  AN UPLOADED ORDER WILL BE SIGNED.

Case 3:11-bk-31874-EPB    Doc 95    Filed 08/21/12    Entered 08/22/12 09:58:17    Desc
Main Document    Page 1 of 1