Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Proposed Counsel for Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>VERDE VALLEY PLAZA, LLC<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:11-bk-31874-RTBP<br><br>**OBJECTION TO APPLICATION FOR ADMINISTRATIVE CLAIM** |

Debtor, VERDE VALLEY PLAZA, LLC, by and through its counsel undersigned, hereby objects to the Application for Administrative Claim filed by The Noodle Bowl. The Debtor is in the process of compiling documents which will be filed as a supplement to this Objection. In the interim, however, the Debtor will most likely be filing a counterclaim to the Application for Administrative Claim, as Noodle Bowl has failed to abide by the terms of the parties' agreement.

Accordingly, the Debtor requests the Court set this matter for a hearing, and at the conclusion of the hearing, deny the Application in its entirety.

DATED this 5th day of September, 2012.

                                                            MICHAEL W. CARMEL, LTD.


                                        By *Michael W. Carmel  (007356)*
                                             Michael W. Carmel
                                             80 East Columbus Avenue
                                             Phoenix, AZ  85012
                                             Attorney for Debtor

| | |
|---|---|
| 1 | COPY of the foregoing sent via the Court's |
| 2 | ECF this 5th day of September, 2012 to: |
| 3 | Bryce A. Suzuki, Esq. |
|   | BRYAN CAVE, LLP |
| 4 | Two N. Central Avenue, #2200 |
|   | Phoenix, AZ  85004 |
| 5 | *Attorney for MidFirst Bank* |
| 6 | |
|   | Trent S. Trueblood, Esq. |
| 7 | THE LEDBETTER LAW FIRM |
|   | 1003 N. Main Street |
| 8 | Cottonwood, AZ  86326 |
|   | *Attorneys for The Noodle Bowl, et al.* |
| 9 | |
| 10 | U.S. Trustee's Office |
|    | 320 N. First Avenue |
| 11 | Phoenix, AZ  85003 |
| 12 | By  *Sharon D. Kirby* |