Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtor and Debtors-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 11 Proceedings |
|---|---|
| | Case No. 2:11-bk-31874-RTBP |
| VERDE VALLEY PLAZA, LLC, | |
| Debtor. | **NOTICE OF LODGING FORM OF ORDER** |

Debtor, through counsel undersigned, hereby gives notice that it has this date lodged a form of **ORDER APPROVING DEBTOR'S PLAN OF REORGANIZATION DATED AS OF JULY 6, 2012,** a copy of which is attached hereto.

DATED this 15th day of October, 2012.

                                  MICHAEL W. CARMEL, LTD.

                       /s/ Carmel, M.W. (007356)
                              Michael W. Carmel
                              80 East Columbus Avenue
                              Phoenix, Arizona 85012-2334
                              Attorney for Debtor and Debtor-in-Possession

COPY of the foregoing sent via
ECF this 15th day of October, 2012 to:

Bryce A. Suzuki, Esq.
Ed Zachary, Esq.
BRYAN CAVE, LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004
Attorneys for MidFirst Bank

By *Sharon D. Kirby*