Adam B. Nach – 013622
LANE & NACH, P.C.
2025 North Third Street, Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com

*Attorney for De Rito Partners, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 11 Case) |
|---|---|
| VERDE VALLEY PLAZA, LLC dba DH VERDE, LLC,<br><br>Debtor. | No. 2:11-bk-31874-RTBP<br><br>**DE RITO PARTNERS, INC.'S SECOND APPLICATION FOR PAYMENT AND ALLOWANCE OF ADMINISTRATIVE EXPENSES** |

De Rito Partners, Inc. ("De Rito"), by and through its attorneys undersigned, for its Second Application For Payment and Allowance of Administrative Expenses, respectfully represents as follows:

1. This case was commenced by voluntary petition filed by the Debtor on November 16, 2011.

2. De Rito is a licensed real estate broker. The Debtor and De Rito entered into an Exclusive Listing Agreement dated July 28, 2008, including any and all subsequent amendments thereto, wherein De Rito acted as Broker for services regarding Property Leases, Build-to-Suit Leases and Ground Leases (collectively, "Leases").

3. De Rito's employment as real estate broker for the Debtor was approved by Order of this Court dated March 15, 2012.

4. Debtor agreed to pay De Rito commissions for services provided in connection with the Leases. *See also*, the Declaration of Stanley Sanchez filed by the Debtor on March 14, 2012 at Docket No. 38.

**Monthly Retainer**

5. The Debtor owes $500.00 a month to De Rito as a retainer payment for the services of De Rito.

6. De Rito is owed $3,500.00 for monthly retainer payments from May 2012 through and including November 2012 and future monthly retainer payments to be paid by the Reorganized Debtor ("Retainer Payment").

7. De Rito is entitled to the allowance and payment of the Retainer Payment as an administrative priority claim under sections 503 and 507 of the Bankruptcy Code.

**Pacific Dental**

8. De Rito is negotiating a lease with Pacific Dental Services, Inc. or assigns ("Pacific Dental") for space at the Debtor's premises.

9. Upon information and belief, De Rito may have a claim for a commission arising under the Pacific Dental Lease to the extent all the conditions are satisfied under the listing agreement between De Rito and the Debtor.

10. The amount of the claim for the Pacific Dental Lease is $33,516.00; provided, however the commission must be divided with the broker for Pacific Dental, GDC/RE, Inc., in the amount of $19,152.00 and De Rito will be entitled to the amount of $14,364.00 ("Pacific Dental Commission").

11. De Rito is entitled to the allowance and payment of the Pacific Dental Commission as an administrative priority claim under sections 503 and 507 of the Bankruptcy Code.

**Noodle Bowl Lease**

12. De Rito has a listing agreement with the Debtor that provides, inter alia, indemnification to De Rito for the certain acts of the Owner.

13. A tenant, Noodle Bowl, has made demand on De Rito alleging, inter alia, that the Debtor is in default of the Lease agreement and alleging that De Rito, as the listing agent, is liable for the alleged default.

14. De Rito denies any liability to the Noodle Bowl.

15. De Rito's claim is contingent and unliquidated at this time and De Rito will amend its claim in the future.

16. De Rito is entitled to the allowance of the Indemnity Claim for all its rights and remedies as an administrative priority claim under sections 503 and 507 of the Bankruptcy Code and payment to the

extent the Indemnity Claim is liquidated.

WHEREFORE, De Rito respectfully requests that this Court to enter its Order i) approving and allow payment of the Retainer Payment in the amount of $3,500.00 plus future monthly payments as an administrative Chapter 11 priority claim and ii) approving and allow payment of the Pacific Dental Commission in the amount of $33,516.00 as an administrative Chapter 11 priority claim and iii) approving the Noodle Indemnification claim owed to De Rito as an administrative Chapter 11 priority claim and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this __19th__ day of November, 2012.

LANE & NACH, P.C.

By __/s/ Adam B. Nach  - 013622__
    Adam B. Nach
    Attorneys for De Rito

Copy of the foregoing mailed this
19th day of November, 2012, to:

Michael W. Carmel
Michael W. Carmel, Ltd.
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
michael@mcarmellaw.com
Attorney for Debtor

via electronic notification:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
ustpregion14.px.ecf@ usdoj.gov

*and to those parties listed on the 20 largest creditors list attached hereto*

By __/s/ Terie Flowers Turner__