Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Counsel for Reorganized Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| VERDE VALLEY PLAZA, LLC | Case No. 2:11-bk-31874-RTBP |
| Debtor. | **REORGANIZED DEBTOR'S OBJECTION TO APPLICATION FOR ADMINISTRATIVE EXPENSE FILED BY DERITO PARTNERS** |

Reorganized Debtor, VERDE VALLEY PLAZA, LLC, by and through its counsel undersigned, hereby objects to the Application for Administrative Claim filed by DeRito Partners. The Reorganized Debtor has not approved any retainer payments to DeRito Partners. Moreover, with respect to The Noodle Bowl lease, the Reorganized Debtor has signed a Letter of Intent with a different entity, and any commissions that would otherwise be due DeRito Partners would be provided for in the Lease Agreement with the new tenant.

With respect to any indemnification claim(s) asserted by DeRito Partners, there is no basis for such an indemnification. Accordingly, the Reorganized Debtor requests the Court set this matter for a hearing, and at the hearing, deny the Application for Administrative Expense in its entirety.

| | |
|---|---|
| 1 | DATED this 4th day of December, 2012. |
| 2 | MICHAEL W. CARMEL, LTD. |

                                                              By *Michael W. Carmel   (007356)*
                                                                         Michael W. Carmel
                                                                         80 East Columbus Avenue
                                                                         Phoenix, AZ  85012
                                                                         Attorney for Debtor

COPY of the foregoing sent via the Court's
ECF this 4th day of December, 2012 to:

Adam Nach, Esq.
LANE & NACH, P.C.
2025 N. Third Street
Suite 157
Phoenix, AZ  85004-0001
Attorneys for DeRito Partners

U.S. Trustee's Office
320 N. First Avenue
Phoenix, AZ  85003

By *Sharon D. Kirby*