# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | VERDE VALLEY PLAZA, LLC |
| **Case Number:** | 2:11-BK-31874-RTBP  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 08, 2013 01:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | ANNETTE AGUILAR |

## Matter:

POST CONFIRMATION STATUS HEARING

**R / M #:**   102 / 0

## Appearances:

LARRY LEE WATSON, US TRUSTEE
MICHAEL W. CARMEL, ATTORNEY FOR VERDE VALLEY PLAZA, LLC

## Proceedings:

Mr. Carmel provides an update, including when a final decree will be filed.

Mr. Watson suggests a continued hearing.

THE COURT:  A CONTINUED HEARING IS SET FOR APRIL 2, 2013 AT 1:30 P.M., SUBJECT TO BEING VACATED THROUGH THE FILING OF AN APPROPRIATE ORDER..

Case 2:11-bk-31874-RTBP    Doc 121    Filed 01/08/13    Entered 01/08/13 16:26:09    Desc
Main Document    Page 1 of 1